## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Aurora Loan Services, LLC, as Master Servicer
and on behalf of LaSalle SAIL 2003-BC6
-vs-
Angela Cromwell

Case No. **08 C 1327**

**FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**JUDGE GUZMAN
MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aurora Loan Services, LLC, as Master Servicer and on behalf of LaSalle SAIL 2003-BC6

| | |
|---|---|
| NAME (Type or print) | |
| Danielle J. Szukala | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Danielle J. Szukala | |
| FIRM | |
| Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS | |
| 330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6270700 | 312.840.7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |

12796\00009\462730.1