## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**

**MARCH 5, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Aurora Loan Services, LLC, as Master Servicer
and on behalf of LaSalle SAIL 2003-BC6

  -vs-

Angela Cromwell

Case No. **PH**  **08 C 1327**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aurora Loan Services, LLC, as Master Servicer and on behalf of LaSalle SAIL 2003-BC6

| | |
|---|---|
| NAME (Type or print)<br>Susan J. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Susan J. Miller | |
| FIRM<br>Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS<br>330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60611 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290246 | TELEPHONE NUMBER<br>312.840.7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO **X** |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |