## United States District Court for the Northern District of Illinois

Case Number: 08CV1327                Assigned/Issued By: J. N.

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP      ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☑ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __5-16-08__ as to __ANGELA CROMWELL__
                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05