AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**FOREIGN**

### ALIAS SUMMONS IN A CIVIL CASE

Aurora Loan Services, LLC, as master servicer
and on behalf of LaSalle SAIL 2003-BC6

CASE NUMBER: 08-cv-1327

V.

ASSIGNED JUDGE: Judge Guzman

Angela Cromwell

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Denlow

```
000168-1.6.1 05/19/08 14:13
   REF CASE       # 08  001327
   1 FOREIGN WRIT           50.00
   1 MILEAGE                10.00
   PER SHERIFF  D43967
   CASE TOTAL              60.00 *
              TOTAL         60.00 TL
   CHECK 1                  60.00
   CASHIER: PAULA
```

TO: (Name and address of Defendant)

Angela Cromwell
21221 Whitney Avenue
Matteson, Illinois 60443

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____        5-16-08
(By) DEPUTY CLERK                         DATE

TYPE LAW     SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS     DISTRICT 157

SHERIFF'S NUMBER 063867-001D CASE NUMBER 08CV1327    DEPUTY: D. ACKERMAN 929

FILED DT 05-16-2008 RECEIVED DT 05-19-2008 DIE DT 06-02-2008 MULTIPLE SERVICE 1
    DEFENDANT                                    ATTORNEY
CROMWELL, ANGELA                      BURKE WARREN MACKAY & SERRITEL
21221 WHITNEY AV                       330 N WABASH AV 22ND FLR
MATTESON IL. 60443                    CHICAGO IL. 60611

**FOREIGN**

PLAINTIFF AURORA LOAN SERVICES LLC

SERVICE INFORMATION: UNITED STATES DISTRICT COURT    RS

**************************************************************************

(A)    I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

..X.1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME_____
.....3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY 929

  1 SEX F M/F    RACE B    AGE 48
  2 NAME OF DEFENDANT CROMWELL, ANGELA
     WRIT SERVED ON ANGELA CROMWELL

    THIS 27 DAY OF MAY, 20 08 TIME 7:30 A.M./**P.M.**

ADDITIONAL REMARKS _____

**************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG BEIG BRK HSE            ATTEMPTED SERVICES

NEIGHBORS NAME _____     DATE     TIME A.M./P.M.

      ADDRESS _____         _____ __:__ ____

      REASON NOT SERVED:               _____ __:__ ____
                       07 EMPLOYER REFUSAL
__ 01 MOVED           __ 08 RETURNED BY ATTY     _____ __:__ ____
__ 02 NO CONTACT        __ 09 DECEASED
__ 03 EMPTY LOT          __ 10 BLDG DEMOLISHED      _____ __:__ ____
__ 04 NOT LISTED        __ 11 NO REGISTERED AGT.
__ 05 WRONG ADDRESS     __ 12 OTHER REASONS        _____ __:__ ____
__ 06 NO SUCH ADDRESS __ 13 OUT OF COUNTY

                                                             _____ __:__ ____

FEE .00    MILEAGE .00    TOTAL .00                     SG10