CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 3rd day of June, 2008, a true and correct copy of the foregoing Proof of Service was filed electronically. Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.

_____/s/ Susan J. Miller Overbey_____