# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aurora Loan Services, LLC

                        Plaintiff,

v.                                   Case No.: 1:08–cv–01327

                                   Honorable Ronald A. Guzman

Angela Cromwell

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Settlement Conference set for 7/9/2008 at 02:30 PM. ** Judge Guzman's standing order regarding settlement conferences is posted on the Courts website: www.ilnd.uscourts.gov.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.