# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aurora Loan Services, LLC
        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01327
　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Angela Cromwell
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 7/2/2008. Amended pleadings and joinder of parties due by 10/30/2008. All discovery including expert discovery ordered closed by 2/27/2009. Dispositive motions due by 3/27/2009. Settlement Conference set for 7/9/08 is reset to 8/13/2008 at 02:30 PM. Status hearing set for 2/4/2009 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.