IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, As Master Servicer and on behalf of LaSalle SAIL 2003-BC6, | ) ) ) | |
| | ) | Case No.  08-cv-1327 |
| Plaintiff, | ) ) | |
| | ) | Judge Guzman |
| v. | ) ) | |
| | ) | Magistrate Judge Denlow |
| ANGELA CROMWELL, | ) ) | |
| Defendant. | ) | |

PLAINTIFF'S *UNOPPOSED* MOTION FOR *AGREED* PROTECTIVE ORDER

Plaintiff, Aurora Loan Services, LLC, as Master Servicer and on behalf of LaSalle SAIL 2004-3 ("Aurora"), hereby moves this Court for entry of the attached *agreed* protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.  In support of its motion, Aurora states as follows:

1. Anticipated discoverable documents contain sensitive business or technical information, trade secrets, confidential research, development, business plans, new business development, proprietary information, competitor market analysis, internal financial accounting information, or other technical, policy, or commercial information, and that, if disclosed to a business competitor, would provide a significant advantage to Aurora's competitors.

2. In order to protect the parties' confidential information and facilitate discovery in this matter, the parties have agreed on the terms of the accompanying proposed *agreed* protective order.

3. Therefore, Aurora and Cromwell request that the Court enter the proposed *agreed* protective order attached hereto as **Exhibit 1**, allowing the parties to mark certain documents "Confidential."

Wherefore, Aurora Loan Services, LLC, as Master Servicer and on behalf of LaSalle SAIL 2004-3 respectfully requests that this Court grant its motion for protective order and enter the proposed *agreed* protective order and for all other relief this Court deems just and proper.

Dated:  July 23, 2008                          Respectfully submitted,


                                                AURORA LOAN SERVICES, LLC


                                                By:    /s/ Susan J. Miller
                                                       One of its attorneys

                                                Danielle J. Szukala
                                                Susan J. Miller
                                                Burke, Warren, MacKay & Serritella, P.C.
                                                330 North Wabash Avenue, 22nd Floor
                                                Chicago, Illinois 60611-3607
                                                Telephone:  (312) 840-7000
                                                Facsimile:   (312) 840-7900
                                                E-mail:  dszukala@burkelaw.com
                                                         smiller@burkelaw.com