**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **AURORA LOAN SERVICES, LLC,** | ) | |
| **As Master Servicer and on behalf of** | ) | |
| **LaSalle SAIL 2003-BC6,** | ) | |
| | ) | **Case No.  08-cv-1327** |
| **Plaintiff,** | ) | |
| | ) | **Judge Guzman** |
| **v.** | ) | |
| | ) | **Magistrate Judge Denlow** |
| **ANGELA CROMWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>NOTICE OF MOTION</u>

Please take notice that on July 31, 2008 at 9:30a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ronald A. Guzman in Courtroom 1219 located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present Aurora Loan Services, LLC As Master Servicer and on behalf of LaSalle SAIL 2004-3's *Unopposed* Motion for *Agreed* Protective Order, a copy of which is hereby served upon you.

Dated:   July 23, 2008

Respectfully submitted,

AURORA LOAN SERVICES, LLC,

By:  ____/s/ Susan J. Miller Overbey____
        One of its attorneys

Danielle J. Szukala
Susan J. Miller Overbey
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:   (312) 840-7900
E-mail:   dszukala@burkelaw.com
        smiller@burkelaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, on oath, deposes and states that on this 23rd day of July, 2008, a true and correct copy of the foregoing Notice of Motion and Aurora Loan Services, LLC As Master Servicer and on behalf of LaSalle SAIL 2004-3's *Unopposed* Motion for *Agreed* Protective Order, referred to therein, was filed electronically.  Notice of this filing will be sent to all registered counsel of record via the Court's electronic filing system.


                    /s/ Susan J. Miller Overbey