**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Aurora Loan Services, LLC
        Plaintiff,

v.              Case No.: 1:08−cv−01327
              Honorable Ronald A. Guzman

Angela Cromwell
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman:Motion for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000002913473. (Zinn, Alison) [20] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.